**Exhibit A to the Complaint**

**Location:** Trenton, NJ  
**Total Works Infringed:** 25  
**IP Address:** 108.24.45.89  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4E619FC85F415B63DBE01082D31400B3D103724E<br>File Hash:<br>75D67EDFC244E9265F9DD99F4EEF610852154F36D4037872EEB60091EA75F180 | 02/07/2024<br>23:03:33 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 2 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash:<br>DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 02/07/2024<br>22:45:56 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 3 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash:<br>0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01/25/2024<br>00:47:20 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 4 | Info Hash: CBB079EE5A6F104B57A3594866686A026D1A3760<br>File Hash:<br>186FABA1014438220A8236BEC6CF5B4BF5AC52076BF4B99D715368B292C7D6E6 | 01/11/2024<br>23:09:09 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 5 | Info Hash: E5DCE6CE072158A2EAC9A1B48B9BC8908C958C1C<br>File Hash:<br>6BF27459F6E5597070CFDC6CF20FC317E6BF6CC4DDF3951C4A082B16D3E6EC75 | 12/23/2023<br>23:53:52 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 6 | Info Hash: CC845533BB056852993B07BA306FBA69FE418344<br>File Hash:<br>AF82593BF578A5FAF062230C4A5E190184E9D60BA5793A14AAF670BFEB9F4625 | 12/17/2023<br>04:21:32 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 7 | Info Hash: 8ED49359271685D3A59DFD2ADD6195708775BAC5<br>File Hash:<br>D0924A97ACD6BA1719CCB8522D74F5FA794552B17BE0957DD2F0D22F0237982A | 12/14/2023<br>22:02:15 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 8 | Info Hash: E873B529D01A64101D46A5C10603349C9ECD76E6<br>File Hash:<br>D30AA470588B92555B3CB8986F6D084506D46CD4F188B4D63BFB49262057BC7F | 12/14/2023<br>21:50:04 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 9 | Info Hash: 04643C475735F8B45F8E6E1A4F8E89C233FDC85E<br>File Hash:<br>ABE679D12B5384D8FBE930BEEF70582CEBC7E61AD38EBCBC5CECB3F6218D5857 | 12/14/2023<br>21:37:08 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 10 | Info Hash: 68D3FB33ECD5DAC5D07417DBB60EC5794C4DDB03<br>File Hash:<br>8444A684F7A41783330945CDF7A1F2F14BD536EDCD240DF33B73767C549A3E95 | 11/12/2023<br>02:22:24 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 11 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash:<br>B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 10/25/2023<br>01:26:50 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BA48C0F4E9347807084E54E160BD0FD6977380B8<br>File Hash: FC9493FF9AEF15842B16A9F64CEF6085C5C878A91900011E60E44D0DABFB1387 | 09/24/2023 17:52:54 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 13 | Info Hash: 49A9C200B04F756274991431823ACD704DCDFB64<br>File Hash: 022005A1E27BF341C3353AA0AEBAB4E72C4F5B4482917FD619BCB62CE143D60B | 08/25/2023 21:03:57 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 14 | Info Hash: DFAA887D039532746C70E7EACFA8A594B5CCDBEC<br>File Hash: B2071A7D50EE153162A6922B30724AB7A77D8657C551EDE1B5DCFAF515F4A8F5 | 08/21/2023 20:14:05 | Tushy | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 15 | Info Hash: 0E8AD2EB7BE4A98D1F0699B003281155931171CE<br>File Hash: 97ADB4599C94A0055EDDFCA753A9C48B5882A3468BB230AF2BC8D0CBF723295F | 07/30/2023 03:32:09 | Vixen | 03/15/2017 | 05/25/2017 | PA0002049789 |
| 16 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 07/30/2023 03:29:53 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 17 | Info Hash: E8CF935A58C52E55675F0A5C61B412DFDF369B2C<br>File Hash: 8E06E5E051475492DAC8C65E6AFBCD439333C96EA0515D100218832725FEC9C8 | 07/19/2023 17:41:11 | Vixen | 04/04/2017 | 06/05/2017 | PA0002052838 |
| 18 | Info Hash: 456E8FECC0AF6209706152D5E3FD3D4054CB0350<br>File Hash: 9B0B749D84B5D82F3445C4F8BE72717DEE9CD721ED78F05F1DD1A0B96A5E707E | 07/19/2023 17:39:03 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 19 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash: 3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 07/19/2023 17:38:49 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 20 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 07/13/2023 15:45:15 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 21 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 07/13/2023 15:43:22 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 22 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 07/13/2023 15:42:43 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 23 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 07/13/2023 15:40:52 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash:<br>DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 06/20/2023<br>00:01:49 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 25 | Info Hash: 079C7D5D1B6DBDDD0CC0A49693FAC495CDC6DEC3<br>File Hash:<br>8678681CF52070AA3C4CCD7DB4BEFCEF4A37F1E9DF223EECA98BD3B0DDBAB1FC | 06/04/2023<br>23:24:41 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |